1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  THOMAS A. COLTHURST (CABN 99493)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408)-535-5065
7      Fax: (408)-535-5066
       E-Mail: tom.colthurst@usdoj.gov
8
   Attorneys for United States of America
9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                   SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,          )    No. 10-00823-DLJ
                                        )    No. 10-00826-DLJ
15          Plaintiff,                  )
                                        )
16      v.                              )    STIPULATION AND []
                                        )    ORDER CONTINUING HEARING DATE
17  MANUEL VILLA,                       )
                                        )
18          Defendant.                  )
                                        )
19  _____ )

20

21          The defendant MANUEL VILLA, represented by Arturo Hernandez-M, Esq., and the

22  government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully

23  request that the sentencing hearing currently scheduled for March 7, 2013, be continued to May

24  2, 2013.

25          No other defendants are affected by this request.

26  ////

27  ////

28  ////

1   SO STIPULATED:

2

3   Dated: February 4, 2013                    _____/S/_____
                                               Thomas A. Colthurst
4                                              Assistant United States Attorney

5

6
    Dated: February 4, 2013                    _____/S/_____
7                                              Arturo Hernandez-M, Esq.
                                               Attorney for Defendant
8

9       Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing

10  hearing for *United States v. Manuel Villa*, scheduled for March 7, 2013, is continued to May 2,

11  2013, at 10:00 a.m.

12

13

14  DATED: _____

15                                             _____
                                               THE HONORABLE D. LOWELL JENSEN
                                               United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28