1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  THOMAS A. COLTHURST (CABN 99493)
   Assistant United States Attorney
5
     150 Almaden Boulevard, Suite 900
6    San Jose, California 95113
     Telephone: (408)-535-5065
7    Fax: (408)-535-5066
     E-Mail: tom.colthurst@usdoj.gov
8
   Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,         )   No. 10-00823-DLJ
                                      )   No. 10-00826-DLJ
15       Plaintiff,                   )
                                      )
16       v.                           )   STIPULATION AND []
                                      )   ORDER CONTINUING HEARING DATE
17  MANUEL VILLA,                     )
                                      )
18       Defendant.                   )
    _____    )
19

20

21       The defendant MANUEL VILLA, represented by Arturo Hernandez-M, Esq., and the

22  government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully

23  request that the sentencing hearing currently scheduled for May 2, 2013, be continued to May

24  23, 2013.

25       No other defendants are affected by this request.

26       The parties expect that they will be ready to proceed with sentencing on May 23, 2013.

27  The continuance is necessary because counsel need more time to frame their sentencing

28  recommendations and counsel for Mr. Villa has a schedule conflict with an out-of-town matter.

STIPULATION AND [] ORDER
Case Nos. 10-CR-00823-DLJ and 10-CR-00826-DLJ

1  SO STIPULATED:

3  Dated: April 23, 2013                    /S/
4                                  Thomas A. Colthurst
                                   Assistant United States Attorney

6
7  Dated: April 23, 2013                    /S/
                                   Arturo Hernandez-M, Esq.
                                   Attorney for Defendant

9      Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing
10 hearing for *United States v. Manuel Villa*, scheduled for May 2, 2013, is continued to May 23,
11 2013, at 10:00 a.m.

14 DATED: ~~DICTH~~   _____
15                                  THE HONORABLE D. LOWELL JENSEN
                                   United States District Judge

STIPULATION AND [] ORDER
Case Nos. 10-CR-00823-DLJ and 10-CR-00826-DLJ        -2-